UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA., ) | |
| Plaintiff, ) | Case No. 2:13-cv-00947-APG-CWH |
| vs. ) | **ORDER** |
| $1,002,327.00 IN UNITED STATES ) CURRENCY, et al., ) | |
| Defendants. ) | |

     This matter is before the Court on Claimants' Motion to Compel (#41), filed June 24, 2014. Prior to the filing of the motion, the Government requested a stay of discovery pursuant to 18 U.S.C. § 981(g). The undersigned found that the Government had made the requisite showing under section 981(g) and granted the stay. Unfortunately, because the motion for stay was filed under seal, the order granting the stay was issued under seal. Thus, in all likelihood, the claimants were unaware of the stay at the time the motion to compel (#41) was filed. Because discovery has been stayed, the Court will deny the motion to compel without prejudice to refiling once the stay is lifted. The Court will further order that an electronic copy of the sealed order granting the stay be served electronically on counsel for both the Government and the Claimants.

     Based on the foregoing and good cause appearing,

     **IT IS HEREBY ORDERED** that Claimants' Motion to Compel (#41) is **denied without prejudice**.

     **IT IS FURTHER ORDERED** that the Clerk of Court shall provide an electronic copy of the Court's Sealed Order (#40) to counsel for both the Government and Claimants. The Order shall

1  remain sealed.

2  DATED: July 25, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**