1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7

8    UNITED STATES OF AMERICA,           )
                                          )    Case No.: 2:13-cv-00100-JCM-GWF
9              Plaintiff,                  )    Case No.: 2:13-cv-00947-JCM-GWF
                                          )
10   v.                                    )
                                          )    **ORDER**
11   $1,002,327.00 in UNITED STATES        )
     CURRENCY,                             )    Motion to Continue - #51
12                                         )    Motion to Continue - #58
     and                                   )
13                                         )
     $296,746.66 in UNITED STATES          )
14   CURRENCY,                             )
                                          )
15             Defendants.                 )
     _____ )

16

17          This matter is before the Court on Plaintiff United States' Unopposed Motion to Continue

18   Discovery Hearing (#58), filed in case no. 2:13-cv-100-JCM-GWF on December 11, 2014.  This

19   matter is also before the Court on Plaintiff United States' Unopposed Motion to Continue

     Discovery Hearing (#51), filed in case no. 2:13-cv-947-JCM-GWF on December 11, 2014.
20

21          The motions are identical.  In both, the Plaintiff represents that counsel will be out of town

22   at the time of the scheduled hearing, and requests a continuance.  Opposing counsel has no

     objection.  Plaintiff has shown good cause for this continuance.  Accordingly,
23

24          **IT IS HEREBY ORDERED** that Plaintiff United States' Unopposed Motion to Continue

25   Discovery Hearing (#58) is **granted**.

26          **IT IS FURTHER ORDERED** that Plaintiff United States' Unopposed Motion to Continue

     Discovery Hearing (#51) is **granted**.
27
     . . .
28
     . . .

1    **IT IS FURTHER ORDERED** that the joint hearing will be rescheduled for **January 6,**

2    **2015 at 3:00 PM**.

3    DATED this 15th day of December, 2014.

4

5    _____

6    GEORGE FOLEY, JR.
     United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28