UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>$1,002,327.00 IN UNITED STATES CURRENCY, et al.,<br><br>Defendant(s). | Case No. 2:13-CV-947 JCM (GWF)<br><br>ORDER |

Presently before the court is plaintiff United States of America's (hereinafter "plaintiff") motion to amend complaint. (Doc. # 60). Claimants Charles Burton Ritchie, Stephanie Ritchie, Benjamin Galecki, and ZIW, LLC (collectively "claimants") filed a response. (Doc. # 61). Plaintiff did not file a reply, and the deadline to reply has now passed.

In their response to plaintiff's motion, claimants state that they have no objection to the granting of plaintiff's motion. (Doc. # 61). Further, the court finds that the reasoning set forth in plaintiff's motion supports allowing plaintiff to file an amended complaint. Plaintiff attaches a proposed amended complaint to its motion in accordance with Local Rule 15-1(a). (Doc. # 60-1).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff United States of America's motion to amend complaint, (doc. # 60), be, and the same hereby is, GRANTED.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS FURTHER ORDERED that plaintiff shall file its amended complaint, (doc. # 60-1),
2   on the docket within seven (7) days of the entry of this order.
3   DATED March 30, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -