# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$1,002,327.00 in UNITED STATES )<br>CURRENCY, *et al.*, )<br>)<br>Defendants. )<br>                                            ) | Case No.: 2-13-cv-00947-JCM-GWF<br><br>**ORDER** |

      This matter is before the Court on the Stipulated Motion to Continue Discovery Hearing (#86) filed May 11, 2015. Upon review and consideration,

      **IT IS ORDERED** that the Stipulated Motion to Continue Discovery Hearing (#86) is **granted**. The Discovery Hearing is continued to **Monday, June 8, 2015 at 9:30 a.m. in Courtroom 3A.**

      DATED this 12th day of May, 2015.

                                                                 */s/ George Foley Jr.*<br>
                                                               GEORGE FOLEY, JR.<br>
                                                               United States Magistrate Judge