# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>$1,002,327.00 in UNITED STATES CURRENCY;<br><br>$46,173.56 in UNITED STATES CURRENCY;<br><br>$39,451.60 in UNITED STATES CURRENCY;<br><br>2012 Ford F-250 Truck, VIN: 1FT7WBT1CE44330;<br><br>2011 Chevrolet 3500 Express Van, VIN: 1GB3GCG9B1113885<br><br>    Defendants. | Case No.: 2:13-cv-00100-JCM-GWF<br><br>**Consolidated Case:**<br>Case No.: 2:13-cv-00947-JCM-GWF |

This matter is before the Court on Claimants' Unopposed Motion to Supplement the Record (#103), filed on June 10, 2015. This matter is also before the Court on Claimants' Unopposed Motion to Supplement the Record (#94) in Case No. 2:13-cv-00947-JCM-GWF.

Claimants request permission to supplement the record to the Government's Motion to Quash with the deposition of Special Agent Claude Cosey of the Drug Enforcement Administration. Counsel for the Government cited to this testimony in his arguments before this Court, and the Claimants contend that he misstated the testimony. Claimants represent that the Government does not oppose this motion. Claimants have sufficiently established good cause to grant the Motion to Supplement. Accordingly,

1    **IT IS HEREBY ORDERED** that Claimants' Unopposed Motion to Supplement the Record (#103) is **granted**.

    **IT IS FURTHER ORDERED** that Claimants' Unopposed Motion to Supplement the Record (#94) in Case No. 2:13-cv-00947-JCM-GWF is **granted**.

**DATED** this 12th day of June, 2015.

```
                                        _____
                                        GEORGE FOLEY, JR.
                                        United States Magistrate Judge
```