1   DANIEL G. BOGDEN
    United States Attorney
2   District of Nevada

3   MICHAEL A. HUMPHREYS
    Assistant United States Attorney
4   333 Las Vegas Boulevard South, Suite 5000
    Las Vegas, Nevada 89101
5   Telephone: 702-388-6336
    Facsimile: 702-388-6787
6   Email: michael.humphreys@usdoj.gov

7   *Attorneys for the United States of America.*

8

9                    **UNITED STATES DISTRICT COURT**

10                      **DISTRICT OF NEVADA**

11  UNITED STATES OF AMERICA,            )
                                         )
12                    Plaintiff,         )   Case Nos: 2:13-CV-00100-(APG)-(CWH)
                                         )                And
13            v.                         )        2:13-CV-00947-(JCM)-(GWF)
                                         )
14  $1,002,327.00 IN UNITED STATES       )
    CURRENCY, et. al.,                   )
15                                       )
                      Defendants.        )
16  _____ )

17          <u>**PARTIES STIPULTED MOTION TO CONTINUE THE DISCOVERY**</u>

18          COME NOW the parties, the plaintiff United States of America, by and through the United

19  States Attorney for the District of Nevada, and the Claimants by and through their attorneys David

20  McGee and Gregory Miller, and moves this Court to grant a continuance of discovery in the above-

21  referenced matters for 90 days, or until September 15, 2015.  Discovery cut-off in these cases is June 15,

22  2015.  For their grounds, the parties jointly represent that they have been engaged in "paper" and

23  deposition discovery to date.  Currently the parties are engaged in discovery disputes that are under

24  consideration by this Court.  Once those disputes have been resolved, discovery can resume.  Resolution

25  of those discovery issues is not likely to occur before the discovery cut-off of June 15, 2015.

26

                                         1

1    On June 9, 2015, Counsel for the Claimants, David McGee, sent an e-mail to the undersigned

2    counsel for the Government, giving his (Mr. McGee's) consent on behalf of the Claimants to continue

3    the discovery cut-off deadline for an additional 90 days or until September 15, 2015.

4    This motion is not submitted solely for the purpose to delay or for any other improper purpose.

5    WHEREFORE, the United States moves this Court to grant a 90-day continuance, or until

6    September 15, 2015, to complete discovery.

7    DATED this 12th day of June 2015.

8

9    Respectfully submitted,

10   DANIEL G. BOGDEN
     United States Attorney

11   /s/Michael A. Humphreys
     MICHAEL A. HUMPHREYS

12

13

14

15   IT IS SO ORDERED:

16

17   UNITED STATES MAGISTRATE JUDGE

18   DATED: June 15, 2015

19

20

21

22

23

24

25

26

2

**PROOF OF SERVICE**

I, Mary Stolz, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the PARTIES STIPULTED MOTION TO CONTINUE THE DISCOVERY on May 19, 2015, by the below identified method of service:

**Via CM/ECF**

David L. McGee
Beggs & Lane, RLLP
501 Commendencia Street
Pensacola, FL 32502
dlm@beggslane.com
Counsel for claimants Charles Burton Ritchie,
Stephanie Ritchie, Benjamin E. Galecki, and ZIW, LLC

Craig S. Denney
Snell & Wilmer LLP
50 W. Liberty St., Ste. 510
Reno, NV 89501
cdenney@swlaw.com
Counsel for claimants Charles Burton Ritchie,
Stephanie Ritchie, Benjamin E. Galecki, and ZIW, LLC

*/s/ Mary Stolz*
MARY STOLZ
Forfeiture Support Associates Paralegal